IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LOUIE CARBAJAL, et. al., | }<br>}<br>} |
| Plaintiffs, | }<br>}<br>} |
| vs. | }<br>}<br>} |
| ALBUQUERQUE PUBLIC SCHOOL DISTRICT, | }<br>}<br>}   No. Civ. 98-0279 MV/DJS<br>} |
| Defendant, | }<br>}<br>} |
| vs. | }<br>}<br>} |
| DEBORAH BURCIAGA, et. al., | }<br>}<br>} |
| Defendant Intervenors and Cross-Claimants. | }<br>} |

**STIPULATED ORDER
APPROVING MODIFICATION OF
SETTLEMENT AGREEMENT**

THIS MATTER, having come before the Court upon the joint motion of Defendant and Defendant-Intervenors to amend the settlement agreement between them; the Court having reviewed the motion and supporting memorandum and being otherwise fully advised, FINDS, that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, that paragraph 8 of the Settlement Agreement between the parties is amended to state:

8.  This Agreement shall expire January 31, 2020, unless Defendant-Intervenors file a motion for enforcement of the terms of this Agreement with the court on or before the date of expiration. Before bringing any such motion to enforce compliance, Defendant-Intervenors, through their undersigned attorneys

will use good faith efforts to resolve any disputes with APS. The Defendant-Intervenors had dismissed their claims with prejudice and now rely on this Agreement regarding resolution of their claims.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Arthur D. Melendres*
Arthur D. Melendres
MODRALL, SPERLING, ROEHL,
HARRIS & SISK
P.O. Box 2168
Albuquerque, NM 87103-2168
Telephone: (505) 848-1800
Facsimile: (505) 449-2019

ATTORNEYS FOR DEFENDANT


*/s/ Approved by electronic mail on 12/12/18*
Roger L. Rice
MULTICULTURAL EDUCATION,
TRAINING & ADVOCACY, (META,)
P.O. Box 440245
Somerville, MA 02144
Telephone: (617) 628-2226
Facsimile: (617) 628-0322

Nina Perales
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND, INC.
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382


ATTORNEYS FOR
DEFENDANT INTERVENORS
AND CROSS-CLAIMANTS